**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Samantha Latraille,

        Plaintiff,

v.

Mystic Lake Midwekanton Tribe,
Jeremy Vignalo, and
Danielle Latraille,

        Defendants.

Civil No. 17-4206 (DWF/DTS)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated December 5, 2017. (Doc. No. 4.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.    Magistrate Judge David T. Schultz's December 5, 2017 Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 16, 2018        s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge